UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROGER HEATH,
LAWRENCE SCHWEI,
VICKI WYSOCKI,
I-CHENG (DAVID) SINGH,

                Plaintiffs,        Case No. 2:06-cv-12294
                                        HON. AVERN COHN

-vs-

OAO TECHNOLOGY SOLUTIONS, INC.,

                Defendant.
_____

## ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

Upon reading and filing the foregoing Stipulation of Counsel and the Court being fully advised in the premises,

IT IS ORDERED AND ADJUDGED that the above captioned case be and the same is hereby dismissed, with prejudice and without costs to any party.

Dated: March 23, 2007           s/Avern Cohn
                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, March 23, 2007, by electronic and/or ordinary mail.

                                                        s/Julie Owens
                                                     Case Manager, (313) 234-5160